14 F.3d 49
 Shull (Edward B., Jr.)
v.
Borough of Wilson, Wilson Borough Civil Service Commission
Board, Miller (Edward), Perruso (David), Slifer (William),
Whilden (Jack), Neiser (Mark), Beck (Janice), Tomaino
(Gary), Dunn (Kenneth, Jr.), Shug (David), Starniri (Louis),
Siegfried (Calvin)
 NOS. 93-1202, 93-1244
 United States Court of Appeals,
Third Circuit.
 Nov 05, 1993
 
 Appeal From: E.D.Pa.,
 Troutman, J.
 
 
 1
 DISMISSED.